UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Deanne Johnson,

Plaintiff,

v.

HVH Auto Parts, Inc.,
d/b/a John's Auto Parts,
a Minnesota corporation,
and Harold V. Haluptzok

Defendants.

**STIPULATION OF DISMISSAL**

Court File No. 00-CV-1467 DSD/JMM

---

TO: Defendant HVH Auto Parts, Inc. d/b/a John's Auto Parts and Harold V. Haluptzok and their counsel of record, Joan M. Quade, Esq., Barna, Guzy & Steffen, Ltd., 400 Northtown Financial Plaza, 200 Coon Rapids Boulevard, Minneapolis, MN 55433-5894.

The above-entitled matter having been duly settled, compromised and adjusted:

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendants HVH Auto Parts, Inc. d/b/a John's Auto Parts, and Harold V. Haluptzok, through their respective undersigned attorneys, that the above-entitled action may be and is hereby dismissed with respect to HVH Auto Parts, Inc. d/b/a John's Auto Parts, and Harold V. Haluptzok, upon the merits with prejudice and without costs to either party. The Court may enter judgment herein dismissing the above action against Defendants HVH Auto Parts, Inc. d/b/a John's Auto Parts, and Harold V. Haluptzok with prejudice upon the merits without costs to either party and without notice to the parties or their attorneys.

Dated: 10-3-00

NICHOLS, KASTER & ANDERSON

Donald H. Nichols #78918
Steven Andrew Smith #260836
Attorney for Plaintiff
4644 IDS Center
Minneapolis, Minnesota 55402
Telephone: (612) 338-1919

OCT 05 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD OCT 05 2000
DEPUTY CLERK

Dated: 10/4/00

BARNA, GUZY & STEFFEN

Joan M. Quade, # 18275X
Attorney for Defendants
400 Northtown Financial Plaza
200 Coon Rapids Boulevard
Minneapolis MN 55433
(763) 780-8500

**ORDER**

Based upon the stipulation of the parties of record, herein, through respective counsel, this action shall be and hereby is DISMISSED WITH PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 10/5/00

BY THE COURT:

The Honorable David S. Doty
United States District Court Judge